

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gino Richard Valadez,

Vs. No. 11-24-00002-CR

The State of Texas,

\* From the 35th District Court
  of Brown County,
  Trial Court No. CR29200.

\* July 25, 2024

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the court costs of $290 that were assessed against Appellant. As modified, we affirm the judgment of the trial court.